UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC OTTOLINI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>　　　　　　Defendants. | Case No. 19-cv-02851-EMC<br><br>**ORDER TO SHOW CAUSE** |

　　　　Parties were given due notice of case management conference held on November 8, 2022. Plaintiff failed to appear despite attempts by opposing counsel to contact him. Nor did Plaintiff participate in the drafting of the joint case management conference statement as he is required to do. The Court hereby orders Plaintiff to Show Cause as to why the case should not be dismissed for failure to prosecute. *Am. Unites for Kids v. Rousseau*, 985 F.3d 1075, 1088 (9th Cir. 2021); *Bal v. Kaplan Inc.*, No. C-01-0570 VRW, 2001 WL 969053, at *1–2 (N.D. Cal. Aug. 20, 2001). Plaintiff shall respond by **November 22, 2022**.

　　　　**IT IS SO ORDERED**.

Dated: November 9, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge